# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144029

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

NATIONWIDE MUTUAL FIRE INSURANCE
COMPANY,
      Plaintiff-Appellee,

v

PARKER'S PROPANE GAS COMPANY,
      Defendant-Appellee,

and

STALEY PLUMBING AND HEATING, INC.,
      Defendant-Appellant.
_____/

SC: 144029
COA: 299068
Genesee CC: 08-088902-CZ

On order of the Court, the application for leave to appeal the September 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

p0319